80,436-01

April 26, 2015

Court of Criminal Appeals
of Tx
P.O. Box 12308
Capitol Station
Austin, Tx 78711

Mary Grigsby 1689771
Mt View
2305 Ransom Rd
Gatesville, Tx 76528-2962

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 29 2015
Abel Acosta, Clerk

Trial Court No. 09-363

Dear Mr. Acosta

I am writing to you tring to get
help to purchase my trial transcript.
I have written my trial attorney to see
if he could give me a copy and he said
he did not keep a copy that he only
check it out from the trial court. He
said he did not receive a free copy from

the Courts.

My Court Reporter said they gave him a free copy and could not give me another free copy. She wants $2,400 to send me a copy. I, nor my two children can afford this kind of money. Is there anything the appeals court can do to help me?

Thank you
Mary Brigely
1689771